JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0692 AG (RNBx) | Date | January 26, 2010 |
|---|---|---|---|
| Title | PHONG NGUYEN v. RESMAE MORTGAGE CORP., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**       **[IN CHAMBERS] ORDER DISMISSING CASE**

On November 4, 2009, the Court Granted a Motion to Dismiss with leave to amend. Plaintiff has not filed an amended complaint or filed any other documents as of January 26, 2010.  Thus, this case is DISMISSED this case without leave to amend.

                                                                                                                          :   0

                                                    Initials of
                                                    Preparer            lmb